UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FREDERICK JACKSON,

                Petitioner,

- against -

UNITED STATES OF AMERICA,

                Respondent.

**ORDER**

13 Civ. 3262 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government is directed to respond to Petitioner Frederick Jackson's motion (Dkt. No. 47) by **March 18, 2021**.

Dated: New York, New York
       March 4, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge